Form 8

FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

<u>Nassau Precision Casting</u> v. <u>Acushnet Company</u>

No. 2013-1410

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se       _X_ As counsel for:    <u>Acushnet, Cobra, Puma</u>
                                           Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    _____ Amicus curiae    _____ Cross Appellant

_____ Appellant    _X_ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Benjamin M. Stern |
| Law firm: | Holland & Knight, LLP |
| Address: | 10 St. Jame Avenue |
| City, State and ZIP: | Boston, MA 02116 |
| Telephone: | (617) 523-2700 |
| Fax #: | (617) 523-6850 |
| E-mail address: | benjamin.stern@hklaw.com |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_X_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 04-14-2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    _X_ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/30/13
Date                                    Signature of pro se or counsel

cc: Sidney Bresnick, counsel for Appellant

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 30, 2013 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Benjamin M. Stern | s/Benjamin M. Stern |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Holland & Knight LLP

Address: 10 St. James Avenue

City, State, ZIP: Boston, MA 02116

Telephone Number: 617-523-2700

FAX Number: 617-523-6850

E-mail Address: benjamin.stern@hklaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.