2013-1410

---

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

---

**NASSAU PRECISION CASTING CO, INC.**

                           **Plaintiff-Appellant,**

v.

**ACUSHNET COMPANY, INC., COBRA GOLF COMPANY,
and PUMA NORTH AMERICA, INC.**

                           **Defendants-Appellees.**

---

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
Case No. 10-CV-4226, Judge William F. Kuntz, II**

---

**DEFENDANTS-APPELLEES ACUSHNET COMPANY, COBRA GOLF
COMPANY AND PUMA NORTH AMERICA, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE THEIR PRINCIPAL
<u>BRIEF</u>**

Joshua C. Krumholz
Benjamin M. Stern
Holland & Knight LLP
11th Floor
Boston, MA 02116
(617) 523-2700

                           **Attorneys for Defendants-Appellees**

                           **September 16, 2013**

Pursuant to Fed. Cir. R. 26(b), Appellees Acushnet Company, Cobra Golf Company, and Puma North America, Inc. (collectively, "Acushnet") respectfully request that the Court extend Acushnet's time to file its principal brief in this matter for a period of sixty (60) days, from the current deadline of October 25, 2013 to December 24, 2013. The accompanying declaration of Joshua C. Krumholz, lead counsel for Acushnet, demonstrates good cause for Acushnet's request.

Acushnet has neither requested nor received any prior extension of time in this matter. The Court previously granted the request of Appellant Nassau Precision Casting Co., Inc. ("Nassau") to extend the deadline for its principal brief by sixty (60) days. *See* Docket No. 16. Nassau does not oppose Acushnet's request for a sixty (60) day extension for its principal brief, and will not file an opposition to this motion.

**WHEREFORE**, Acushnet respectfully requests that the Court grant this motion for a sixty (60) day extension of time for it to file its principal brief, to and including December 24, 2013.

Dated: September 16, 2013        Respectfully submitted,

       /s/ Joshua C. Krumholz
       Joshua C. Krumholz
       Benjamin M. Stern
       HOLLAND & KNIGHT LLP
       10 St. James Avenue
       Boston, MA 02116
       Tel. (617) 523-2700
       Fax. (617) 523-6850
       joshua.krumholz@hklaw.com
       benjamin.stern@hklaw.com

## **CERTIFICATE OF SERVICE**

I, Joshua C. Krumholz, certify that on this 16th day of September, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit via that Court's CM/ECF filing system. Because all counsel of record in this matter are registered CM/ECF users, they will receive an electronic copy of the foregoing document via the Court's CM/ECF system.

/s/ Joshua C. Krumholz
Joshua C. Krumholz