NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NASSAU PRECISION CASTING CO., INC.,**
*Plaintiff-Appellant,*

v.

**ACUSHNET COMPANY, INC., COBRA GOLF COMPANY,** AND **PUMA NORTH AMERICA, INC.,**
*Defendants-Appellees.*

---

2013-1410

---

Appeal from the United States District Court for the Eastern District of New York in No. 10-CV-4226, Judge William F. Kuntz, II.

---

**ON MOTION**

---

### O R D E R

The appellees move without opposition to include previously sealed materials in the confidential joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

2          NASSAU PRECISION CASTING v. ACUSHNET COMPANY, INC.

    The motion is granted to the extent that the appendix is in compliance with Federal Circuit Rule 30.

FOR THE COURT

/s/   Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk

s21